## FINLEY, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS *v.* MURRAY

No. 80–2205. Argued April 21, 1982—Decided May 17, 1982

*Scott A. Mayer* argued the cause for petitioner. With him on the briefs was *Joan S. Cherry*.

*John S. Elson*, by appointment of the Court, 454 U. S. 1096, argued the cause and filed a brief for respondent.*

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.

---

*\*Sybille Fritzsche* filed a brief for the Chicago Lawyers' Committee for Civil Rights Under Law as *amicus curiae* urging affirmance.